IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
APR 17 2017
MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 17-mj-864 CG |
| vs. | ) |
| TEOFILA HERNANDEZ-MARTINEZ, | ) |
| Defendant. | ) |

### ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE

THIS MATTER having come before the Court on the written Motion of the United States Attorney for the District of New Mexico, for an Order dismissing the Complaint as to Defendant, and the Court being fully advised in the premises, FINDS that the motion is well taken and should be granted;

IT IS THEREFORE ORDERED that the Complaint be and hereby is dismissed without prejudice as to Defendant **TEOFILA HERNANDEZ-MARTINEZ**.

IT IS FURTHER ORDERED that the clerk shall provide two certified copies of this order to the United States Marshal as authority to proceed hereunder.

UNITED STATES MAGISTRATE JUDGE